UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIERRA BRANTLEY and ) <br> LIETTE PELLETIER ) <br>    Plaintiffs ) <br> ) <br> v. ) <br> ) <br> CK AUTO WHOLESALERS, LTD., and ) <br> WELLS FARGO BANK, N.A. d/b/a WELLS ) <br> FARGO DEALER SERVICES ) <br>    Defendants ) <br> ) | CASE NO. <br> 3:12-CV-1263-RNC <br><br><br><br><br><br><br><br><br> NOVEMBER 13, 2012 |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiffs, Sierra Brantley and Liette Pelletier, through their attorney, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                                      **PLAINTIFFS, SIERRA BRANTLEY AND LIETTE PELLETIER**

                                      By: /s/Daniel S. Blinn
                                          Daniel S. Blinn, ct02188
                                          Consumer Law Group, LLC
                                          35 Cold Spring Rd. Suite 512
                                          Rocky Hill, CT  06067
                                          Tel. (860) 571-0408
                                          Fax. (860) 571-7457
                                          dblinn@consumerlawgroup.com

2

**CERTIFICATION**

     I hereby certify that on this 13th day of November, 2012, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                         /s/Daniel S. Blinn
                         Daniel S. Blinn